(No. 5621—Claimant

**WILLIAM M KORDSIEMON and ASSOCIATES**, Claimant, *vs.* **STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION**, Respondent.

*Opinion filed May 15, 1974.*

ORLIKOFF & TIERNEY, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.